**STATE of Missouri, Respondent,**

v.

**Frederick E. ENGLAND, Appellant.**

**No. WD 34674.**

Missouri Court of Appeals,
Western District.

Nov. 22, 1983.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and CLARK and KENNEDY, JJ.

### ORDER

PER CURIAM:

This is a direct appeal from a jury conviction for burglary, § 569.160, RSMo 1978, and stealing, § 570.030, RSMo 1978.

No jurisprudential purpose would be served by written opinion. Judgment affirmed. All concur. Rule 30.25(b).